Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-410-771

**Effective Date of Registration:**
July 02, 2024
**Registration Decision Date:**
September 03, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Be Still My Soul |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | January 14, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Mark Missman |
| **Pseudonym:** | Arian |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mark Missman |
| | 1928 Swallow Lane, Carlsbad, CA, 92009, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Marrott Art and Licensing |
| **Name:** | Stephanie Workman Marrott |
| **Email:** | stephanie@marrottart.com |
| **Telephone:** | (801)358-0246 |
| **Address:** | 5480 W 11060 N |
| | Highland, UT 84003 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-416-682

**Effective Date of Registration:**
July 02, 2024
**Registration Decision Date:**
October 08, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Through Eyes Of Faith |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | February 02, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Mark Missman |
| **Pseudonym:** | Arian |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mark Missman |
| | 1928 Swallow Lane, Carlsbad, CA, 92009, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Marrott Art and Licensing |
| **Name:** | Stephanie Workman Marrott |
| **Email:** | stephanie@marrottart.com |
| **Telephone:** | (801)358-0246 |
| **Address:** | 5480 W 11060 N |
| | Highland, UT 84003 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-448-985

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
November 17, 2021

---

### Supplementary Registration

**Supplement To:** VAu1163756, 2014

---

### Title

**Title of Work:** Joy of Giving

---

### Completion/Publication

**Year of Completion:** 2014

---

### Author

- **Author:** Mark Missman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1947

---

### Copyright Claimant

**Copyright Claimant:** Mark Missman
203 Sweet Alice Lane, Encinitas, CA, 92024, United States

---

### Limitation of copyright claim

**Material excluded from this claim:** photograph(s), stock photo used as reference from Shutterstock under their extended license agreement. Image #157221554. Original copyright Hasloo Group Production Studio. Model release with Shutterstock

**New material included in claim:** 2-D artwork

---

### Certification

**Name:** Deana Peat, Authorized agent of Sagebrush Fine Art
**Date:** June 15, 2021
**Applicant's Tracking Number:** AJ1124

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-275-952

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
November 17, 2021

---

## Supplementary Registration

**Supplement To:** VA1918710, 2012

## Title

**Title of Work:** Light of the World

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** April 02, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Mark Missman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Mark Missman
203 Sweet Alice Lane, Encinitas, UT, 92024, United States

## Certification

**Name:** Deana Peat, Authorized agent of Sagebrush Fine Art
**Date:** June 15, 2021
**Applicant's Tracking Number:** AJ1001

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-207-082**

**Effective Date of Registration:**
April 02, 2015

## Title

**Title of Work:** Cookies for Santa

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** Mark Missman
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Year Born:** 1947

## Copyright Claimant

**Copyright Claimant:** Mark Missman
203 Sweet Alice Lane, Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Sagebrush Fine Art
**Email:** licensing@sagebrushfineart.com
**Telephone:** (801)466-5136
**Address:** 3065 S. West Temple
Salt Lake City, UT 84115 United States

## Certification

**Name:** Deana Peat
**Date:** April 02, 2015
**Applicant's Tracking Number:** AJ1188



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-410-773

**Effective Date of Registration:**
July 02, 2024
**Registration Decision Date:**
September 03, 2024

## Title

**Title of Work:** Hands of Christ

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 30, 2013
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Mark Missman
  **Pseudonym:** Arian
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Mark Missman
1928 Swallow Lane, Carlsbad, CA, 92009, United States

## Rights and Permissions

**Organization Name:** Marrott Art and Licensing
**Name:** Stephanie Workman Marrott
**Email:** stephanie@marrottart.com
**Telephone:** (801)358-0246
**Address:** 5480 W 11060 N
Highland, UT 84003 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-445-664

**Effective Date of Registration:**
June 15, 2021
**Registration Decision Date:**
October 13, 2021

---

**Supplementary Registration**

      **Supplement To:**   VAu001154035, 2013

## Title

      **Title of Work:**   Walk Beside Me

## Completion/Publication

      **Year of Completion:**   2013

## Author

     •      **Author:**   Mark Missman
      **Author Created:**   2-D artwork
      **Citizen of:**   United States
      **Year Born:**   1947

## Copyright Claimant

      **Copyright Claimant:**   Mark Missman
      203 Sweet Alice Lane, Encinitas, CA, 92024, United States

## Certification

      **Name:**   Deana Peat, Authorized agent of Sagebrush Fine Art
      **Date:**   June 15, 2021
      **Applicant's Tracking Number:**   AJ1098

---

      **Correspondence:**   Yes
      **Explanation of Corrections:**   I am correcting the copyright claimant from Sagebrush Fine Art, Inc. to Mark
      Missman. Mark Missman has always been the sole author and copyright claimant



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-192-256

**Effective date of registration:**

November 21, 2014

## Title

**Title of Work:** Give Me Strength

## Completion/Publication

**Year of Completion:** 2014

## Author

■ **Author:** Mark Missman

**Author Created:** 2-D artwork

**Citizen of:** United States

**Year Born:** 1947

## Copyright Claimant

**Copyright Claimant:** Mark Missman

203 Sweet Alice Lane, Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Sagebrush Fine Art

**Email:** licensing@sagebrushfineart.com    **Telephone:** 801-466-5136

**Address:** 3065 S. West Temple

Salt Lake City, UT 84115  United States

## Certification

**Name:** Deana Peat

**Date:** November 21, 2014

**Applicant's Tracking Number:** AJ1148



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-207-085**

**Effective Date of Registration:**
April 02, 2015

---

## Title

**Title of Work:** Shh Santa

## Completion/Publication

**Year of Completion:** 2015

## Author

**Author:** Mark Missman
**Author Created:** 2-D artwork
**Citizen of:** United States
**Year Born:** 1947

## Copyright Claimant

**Copyright Claimant:** Mark Missman
203 Sweet Alice Lane, Encinitas, CA, 92024, United States

## Rights and Permissions

**Organization Name:** Sagebrush Fine Art
**Email:** licensing@sagebrushfineart.com
**Telephone:** (801)466-5136
**Address:** 3065 S. West Temple
Salt Lake City, UT 84115 United States

## Certification

**Name:** Deana Peat
**Date:** April 02, 2015
**Applicant's Tracking Number:** AJ1187



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-274-332**

**Effective Date of Registration:**
June 14, 2021

**Registration Decision Date:**
November 04, 2021

---

## Supplementary Registration

**Supplement To**: VA0001977567, 2012

## Title

**Title of Work:** Wisemen Still Seek Him

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** June 27, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Mark Missman
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1947

## Copyright Claimant

**Copyright Claimant:** Mark Missman
203 Sweet Alice Lane, Encinitas, CA, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**New material included in claim:** 2-D artwork

## Certification

**Name:** Deana Peat, Authorized agent of Sagebrush Fine Art

Page 1 of 2

