IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MISSMAN, | |
| Plaintiff, | Case No.: 1:25-cv-08488 |
| v. | Judge Matthew F. Kennelly |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Daniel P. McLaughlin |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 15 | zhoukoushiyangchishangmaoyouxianzerengongsi |
| 18 | CocooTu |
| 29 | LSYESDLA |
| 48 | JesMolla US |
| 50 | Stylish wall decorations |
| 73 | CY Artist |
| 85 | Fly Zya wall art |
| 107 | Fchen art'store |
| 108 | Homedecor Market |
| 111 | flycar |
| 113 | Dream in Sky-shops |
| 114 | NBYARTQ |
| 126 | chao xiong art poster |
| 129 | yi jian health poster |
| 147 | weimenghaibao |
| 162 | junfeihaibao |
| 168 | HsdsBebe |

DATED: September 15, 2025    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 15, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt