IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARK MISSMAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-08488

Judge Matthew F. Kennelly

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 10 | WEMEON |
| 12 | AIMIUL |
| 59 | YongsenJiashi |
| 83 | Flying Fish Art |
| 138 | Muscularlit US |
| 139 | baskuwish |
| 140 | Blczomt online store |
| 141 | Dgoopd US Favorite Clothes Store |
| 142 | Big Spring Sale BADHUB 01 |
| 184 | NaRHbrg |
| 185 | AnuYalue |
| 186 | GMGM Co.Ltd |
| 187 | Tawop |
| 188 | KBKYBUYZ |
| 189 | Fesfesfes |
| 190 | IROINNID |
| 191 | Tejiojio |
| 192 | Kiplyki |
| 193 | YanHoo |
| 194 | Nerohusy |

| | |
|---|---|
| 195 | YUHGODO |
| 197 | Womens Clothes Prime Day Deals |

DATED:  September 25, 2025                               Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
Email: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 25, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

               */s/ Keith A. Vogt*
               Keith A. Vogt