**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARK MISSMAN,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:25-cv-08488

Judge Matthew F. Kennelly

Magistrate Judge Daniel P. McLaughlin

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 16, 2025 [42] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
| --- | --- |
| 17 | Yuantra |
| 34 | xiao qun |
| 66 | wei ming Tomorrow poster |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 8, 2025

Respectfully submitted,

/s/ [signature]

Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Keith A. Vogt, on this 8 day of December, 2025.

Given under by hand and notarial seal.

Griselda Delgado
NOTARY PUBLIC

STATE OF Illinois

COUNTY OF Cook

